UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 15-24658-CV-MORENO

MARGARITA HERNANDEZ, individually and
on behalf of Malena Rodriguez, as her parent and
natural guardian,

       Plaintiff,

vs.

CARIBBEAN SUN AIRLINES, d/b/a WORLD
ATLANTIC AIRLINES, and WILSON
INTERNATIONAL AIRLINES, INC.,

       Defendants.
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, MARGARITA HERNANDEZ, individually and on behalf of Malena Rodriguez, as her parent and natural guardian, hereby, notifies the Court that the parties have reached a settlement with regard to this lawsuit, are presently finalizing the terms of the settlement agreement, and expect to file a Notice of Voluntary Dismissal of this lawsuit in the very immediate future.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice s of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

1299084v1 994897.0001

/s/ Edward R. Curtis, Esquire
Edward R. Curtis, Florida Bar No. 236845
Email:  erc@trippscott.com
TRIPP, SCOTT, P.A.
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone:  (954) 525-7500
Facsimile:  (954) 761-8475
Attorneys for Plaintiffs

## MAILING LIST

Nicholas E. Pantelopoulos, Esquire
Kaplan, Massamillo & Andrews, LLC
70 E 55th Street, 25th Floor
New York, NY 10022-3360
Telephone: (212) 922-0450
Facsimile:  (212) 922-0530
Email:  nep@kmalawfirm.com

Attorneys for Defendants

*Served electronically via CM/ECF*